200 So.2d 664

**STATE of Louisiana**

**v.**

**Fermon Timothy SCOTT.**

**No. 48787.**

June 23, 1967.

In re: Fermon Timothy Scott applying for writs of certiorari, mandamus and review.

Writs refused. We find no error of law in the ruling complained of.

200 So.2d 664

**STATE of Louisiana**

**v.**

**Robert FIRMIN.**

**No. 48796.**

June 23, 1967.

In re: Robert Firmin applying for writ of habeas corpus.

Writ refused. There is no error in the ruling complained of.